IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CBS ORTDOOR LLC,                                   No. C 14-01598 SI

          Plaintiff,                           **PRETRIAL PREPARATION ORDER**

  v.

CALIFORNIA MINI STORAGE LLC,

          Defendant.
                                   /

     It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 5, 2014 at  3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is January 29, 2015.

DESIGNATION OF EXPERTS: 1/9/15; REBUTTAL: 1/19/15.
     Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is January 29, 2015.

DISPOSITIVE MOTIONS **SHALL** be filed by January 30, 2015;

     Opp. Due February 13, 2015;  Reply Due February 20, 2015;

     and set for hearing no later than March 6, 2015 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 7, 2015 at 3:30 PM.

JURY TRIAL DATE: April 20, 2015 at 8:30 AM.,
     Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 2-3  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to a magistrate-judge for settlement purposes.  The settlement conference shall occur within 90 to 120 days.

Counsel shall exchange initial disclosures within two weeks.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 8/4/14

                                            
SUSAN ILLSTON
United States District Judge

**United States District Court**
For the Northern District of California