GRANTED

*Susan Illston*
Judge Susan Illston

DANIEL R. MILLER (Bar No. 126893)
ANTHONY M. LEONES (Bar No. 184499)
BRIAN D. SHAFFER (Bar No. 257971)
MILLER STARR REGALIA
A Professional Law Corporation
1331 N. California Blvd., Fifth Floor
Walnut Creek, California 94596
Telephone:     925 935 9400
Facsimile:      925 933 4126
Email:            daniel.miller@msrlegal.com
                     anthony.leones@msrlegal.com
                     brian.shaffer@msrlegal.com

Attorneys for Plaintiff CBS Outdoor LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CBS OUTDOOR LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA MINI STORAGE, LLC, a California limited liability company, and NORTH RICHMOND PROPERTIES, INC., a California corporation,<br><br>Defendants. | Case No. 3:14-cv-01598 SI<br><br>STIPULATION RE:  FILING OF AMENDED COUNTERCLAIM<br><br>Date Filed:    April 7, 2014<br>Trial Date:    April 20, 2015 |

In follow up to the Court's October 15, 2014 Order Granting Plaintiff's Motion to Dismiss Defendants' Counterclaims with leave to amend, the parties have agreed that defendants California Mini Storage, LLC's and North Richmond Properties, Inc.'s deadline to file an Amended Counterclaim is Wednesday, November 5, 2014.

SO STIPULATED.

Dated: October 24, 2014          MILLER STARR REGALIA

                                 By:    *Daniel R. Miller* /s/
                                        DANIEL R. MILLER
                                        Attorneys for Plaintiff CBS Outdoor LLC


Dated: October 24, 2014          BOWLES & VERNA, LLP

                                 By:    *Lawrence D. Goldberg* /s/
                                        LAWRENCE D. GOLDBERG
                                        Attorneys for Defendants California Mini Storage,
                                        LLC and North Richmond Properties, LLC