*IT IS SO ORDERED*
*Judge Susan Illston*

DANIEL R. MILLER (Bar No. 126893)
ANTHONY M. LEONES (Bar No. 184499)
BRIAN D. SHAFFER (Bar No. 257971)
MILLER STARR REGALIA
A Professional Law Corporation
1331 N. California Blvd., Fifth Floor
Walnut Creek, California 94596
Telephone:     925 935 9400
Facsimile:      925 933 4126
Email:            daniel.miller@msrlegal.com
                     anthony.leones@msrlegal.com
                     brian.shaffer@msrlegal.com

Attorneys for Plaintiff and Counter-Defendant
CBS Outdoor LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CBS OUTDOOR LLC, a Delaware limited liability company,<br><br>           Plaintiff,<br><br>v.<br><br>CALIFORNIA MINI STORAGE, LLC, a California limited liability company, and NORTH RICHMOND PROPERTIES, INC., a California corporation,<br><br>           Defendants.<br><br>AND RELATED COUNTER-CLAIM. | Case No. 3:14-CV-01598 SI<br><br>NOTICE OF AND STIPULATION RE CONDITIONAL SETTLEMENT<br><br>Date Filed:     April 7, 2014<br>Trial Date:     None Set |

      Plaintiff and counter-defendant CBS Outdoor LLC ("Plaintiff") and defendants and counter-claimants California Mini Storage, LLC and North Richmond Properties LLC (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate and agree to the following:

      The parties to this action have reached a tentative settlement of this case, conditioned upon the parties' signing a mutually acceptable written settlement agreement and

1  related documentation. The parties expect that the tentative settlement will be memorialized by the
2  end of December, 2014 and that the case will be dismissed by January 9, 2015.
3           A settlement conference remains on calendar in Department E, Judge Elizabeth D.
4  Laporte presiding, for January 14, 2015 at 9:30 a.m.  Settlement conference statements are due
5  January 2, 2015.
6           Plaintiff and Counterdefendant CBS Outdoor LLC's Motion:  (1) To Dismiss The
7  Amended Counterclaim Or For A More Definite Statement; And/Or (2) To Strike Certain
8  Allegations In The Amended Counterclaim (Motion") is set for a hearing on January 23, 2015 in
9  Department 10 at 9:00 a.m.  A further status conference also is set for that same date.  As a result
10 of the Court's rescheduling of the hearing on the Motion, the parties agreed that the Defendants'
11 and Counterclaimants' California Mini Storage, LLC, and North Richmond Properties, Inc.'s
12 Opposition to that Motion is due January 5, 2015.
13          Based on the tentative settlement, the parties, by and through their respective
14 counsel, request that:
15          (1)  the January 14, 2015 settlement conference and January 23, 2015 hearing
16 on the Motion, and all related deadlines, be vacated;
17          (2)  all remaining deadlines set forth in the Court's August 4, 2014 Pretrial
18 Preparation Order be vacated; and
19          (3)  the January 23, 2015 status conference remain on calendar. In the unlikely
20 event the tentative settlement is not consummated and dismissal filed by January 9, 2015, the
21 parties will submit a joint status report to the Court on January 14, 2015 and appear at the
22 January 23, 2015 status conference to discuss status and a proposed revised case schedule.
23 Dated:  December 24, 2014               MILLER STARR REGALIA
24
25
                                          By:   *Daniel R. Miller /s/*
26                                              DANIEL R. MILLER
                                                Attorneys for Plaintiff and Counter-Defendant
27                                              CBS Outdoor LLC
28

1 | Dated: December 24, 2014 BOWLES & VERNA
2 |
3 |
4 | By: _*Richard T. Bowles /s/*_
   | RICHARD T. BOWLES
   | Attorneys for Defendants and Cross-Claimants
5 | CALIFORNIA MINI STORAGE, LLC and
   | NORTH RICHMOND PROPERTIES, INC
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |