DANIEL R. MILLER (Bar No. 126893)
ANTHONY M. LEONES (Bar No. 184499)
BRIAN D. SHAFFER (Bar No. 257971)
MILLER STARR REGALIA
A Professional Law Corporation
1331 N. California Blvd., Fifth Floor
Walnut Creek, California 94596
Telephone:     925 935 9400
Facsimile:      925 933 4126
Email:           daniel.miller@msrlegal.com
                    anthony.leones@msrlegal.com
                    brian.shaffer@msrlegal.com

Attorneys for Plaintiff and Counter-Defendant
CBS Outdoor LLC

*IT IS SO ORDERED*
*Judge Susan Illston*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CBS OUTDOOR LLC, a Delaware limited liability company, | Case No. 3:14-CV-01598 SI |
| Plaintiff, | STIPULATION FOR VOLUNTARY DISMISSAL |
| v. | Date Filed:   April 7, 2014 |
| CALIFORNIA MINI STORAGE, LLC, a California limited liability company, and NORTH RICHMOND PROPERTIES, INC., a California corporation, | Trial Date:   April 20, 2015 |
| Defendants. | |
| AND RELATED COUNTER-CLAIM. | |

**STIPULATION FOR VOLUNTARY DISMISSAL**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), plaintiff and counter-defendant CBS Outdoor LLC ("Plaintiff") and defendants and counter-claimants California Mini Storage, LLC and North Richmond Properties LLC (collectively, "Defendants"), by and through their undersigned counsel, stipulate to the dismissal of the Amended Complaint filed by Plaintiff on or about June 13, 2014 and the Amended Counterclaim filed by Defendants on November 5, 2014, with prejudice and with each party to bear their own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: January 12, 2015        MILLER STARR REGALIA

By:    *Daniel R. Miller /s/*
       DANIEL R. MILLER
       Attorneys for Plaintiff and Counter-Defendant
       CBS OUTDOOR LLC

Dated: January 12, 2015        BOWLES & VERNA

By:    *Richard T. Bowles /s*
       RICHARD T. BOWLES
       Attorneys for Defendants and Counter-Claimants
       CALIFORNIA MINI STORAGE, LLC and
       NORTH RICHMOND PROPERTIES, INC